[No. 4356–8–III.  Division Three.  March 11, 1982.]

WEYERHAEUSER COMPANY, ET AL, *Appellants,* v.
KITTITAS COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. 21685, W. R. Cole, J., entered January
14, 1981. *Affirmed* by unpublished opinion per Roe, J., con-
curred in by McInturff, C.J., and Munson, J.

[No. 4638–9–III.  Division Three.  March 11, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICK
L. HOWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Ste-
vens County, No. 22913, Sidney R. Buckley, J., entered
June 26, 1981. *Reversed* and *remanded* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Roe, JJ.

[No. 4807–II.  Division Two.  March 12, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DESIREE
LYNN WELCH, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 79–1–00378–6, Thomas L. Lodge, J., entered
May 13, 1980. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 5130–II.  Division Two.  March 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
ALLEN COOK, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 80–1–00164–7, Robert D. McMullen, J.,
entered October 16, 1980. *Affirmed* by unpublished opinion
per Worswick, J., concurred in by Reed, C.J., and Petrich,
J.